Joseph Panvini (028359)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
jpanvini@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerardo Vargas, | ) Case No. 2:12-cv-02739-NVW |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| Collection Bureau of America, Ltd., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted this 24th day of May, 2013.

By: s/Joseph Panvini
Joseph Panvini (028359)

Notice of Settlement - 1

1
2
3
4
5

WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
jpanvini@AttorneysForConsumers.com
Attorney for Plaintiff

6
7

Filed electronically on this 24th day of May, 2013, with:

8

United States District Court CM/ECF system

9
10

Notification sent electronically via the Court's ECF system on this 24th day of May, 2013 to:

11
12
13
14

Ron Beach
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix AZ 85012

15
16

By: s/ Lydia Bultemeyer
    Lydia Bultemeyer

17
18
19
20
21
22
23
24
25
26
27
28