Joseph Panvini (028359)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
jpanvini@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerardo Vargas, | Case No. 2:12-cv-02739-SPL |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Collection Bureau of America, Ltd., | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice, and without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 20th day of June, 2013.

For Plaintiff,                         For Defendant,

  s/ Joseph Panvini                    s/ Ron Beach

Weisberg & Meyers, LLC      Lewis, Brisbois, Bisgaard & Smith, LLP

Stipulation for Dismissal - 1

Filed electronically on this 20th day of June, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 20th day of June, 2013 to:

Ron Beach
Lewis, Brisbois, Bisgaard & Smith, LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix AZ 85012


By: s/ Lydia Bultemeyer
      Lydia Bultemeyer