# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerardo Vargas, | No. CV-12-02739-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Collection Bureau of America Limited, | |
| Defendant. | |

Before this Court is the parties' Stipulation for Dismissal (Doc. 23). Finding good cause appearing,

**IT IS ORDERED** that the Stipulation for Dismissal (Doc. 23) is **granted**.

**IT IS FURTHER ORDERED** that this action is **dismissed with prejudice** in its entirety, all parties to bear their own costs and attorneys' fees. The Clerk of Court shall terminate this action.

Dated this 24th day of June, 2013.

_____
Honorable Steven P. Logan
United States Magistrate Judge